PROB 12C
(7/93)

Report Date: August 24, 2015

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 26, 2015

SEAN F. McAVOY, CLERK

Name of Offender: Wylie Lucas John Thurman        Case Number: 0980 2:12CR00026-JLQ-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: July 13, 2012

| | | |
|---|---|---|
| Original Offense: | Abusive Sexual Contact, 18 U.S.C. § 2244(a)(5) and 1153(a) | |
| Original Sentence: | Prison 46 months; TSR - 240 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: June 24, 2015 |
| Defense Attorney: | Andrea George | Date Supervision Expires: June 23, 2035 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 23**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.<br><br>**Supporting Evidence**: On August 24, 2015, the United States Probation Office received information from the Spokane Residential Reentry Center (RRC), where Mr. Thurman is currently residing, that Mr. Thurman is being terminated from the program due to program rule violations. More specifically, Mr. Thurman has: used chewing tobacco while in the facility, and then refused to dispose of the contraband when directed; been in possession of both an "e-cig" and "male enhancement pills;" returned to the facility under the influence of alcohol at a breath alcohol concentration of .121%; and disregarded established and approved time frames for his travel away from the residential reentry center. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Prob12C
**Re: Thurman, Wylie Lucas John
August 24, 2015
Page 2**

|  |  |
|---|---|
| Executed on: | 8/24/2015 |
|  | s/ Chris Heinen |
|  | Chris S. Heinen<br>U.S. Probation Officer |

THE COURT ORDERS

[X] No Action *warrant at this time.* JLQ
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

8/26/15
Date