PROB 12C
(7/93)

Report Date: February 16, 2016

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 17 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Wylie Lucas John Thurman        Case Number: 2:12CR00026-JLQ-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: July 13, 2012

Original Offense: Abusive Sexual Contact, 18 U.S.C. §§ 2244(a)(5) and 1153(a)

Original Sentence: Prison - 46 months;           Type of Supervision: Supervised Release
                   TSR - 240 months

Asst. U.S. Attorney: Matthew F. Duggan            Date Supervision Commenced: June 24, 2015

Defense Attorney: Federal Defenders Office        Date Supervision Expires: June 23, 2035

## PETITIONING THE COURT

### To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On February 15, 2016, Mr. Thurman violated his conditions of supervised release in the Coeur d'Alene, Idaho, area by being arrested for possession of a controlled substance, in violation of Idaho statute 37-2732(c)(1). On February 15, 2016, the undersigned officer received a voice mail from Coeur d'Alene Tribal Police stating Mr. Thurman had been arrested for felony possession of a controlled substance, specifically methamphetamine. Mr. Thurman is currently in the Kootenai County Jail for possession of a controlled substance. |
| 2 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer. |
| | **Supporting Evidence**: On February 15, 2016, Mr. Thurman violated his conditions of supervised release by traveling to the District of Idaho without the permission from the undersigned officer. |

Prob12C
Re: Thurman, Wylie Lucas John
February 16, 2016
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/16/2016

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

2/17/2016
Date