PROB 12C
(7/93)

Report Date: March 1, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 02, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Wylie Lucas John Thurman | Case Number: 2:12CR00026-JLQ-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge | |
| Date of Original Sentence: July 13, 2012 | |
| Original Offense: | Abusive Sexual Contact, 18 U.S.C. §§ 2244(a)(5) and 1153(a) |
| Original Sentence: Prison - 46 months; TSR - 240 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Matthew F. Duggan | Date Supervision Commenced: June 24, 2015 |
| Defense Attorney: Federal Defender's Office | Date Supervision Expires: June 23, 2035 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On February 15, 2016, Mr. Thurman violated his conditions of supervised release in the Coeur d'Alene, Idaho, area by being arrested for possession of a controlled substance, in violation of Idaho statute 37-2732(c)(1). On February 15, 2016, the undersigned officer received a voice mail from Coeur d'Alene Tribal Police stating Mr. Thurman had been arrested for felony possession of a controlled substance, specifically methamphetamine. |
| 2 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer. |
| | **Supporting Evidence**: On February 15, 2016, Mr. Thurman violated his conditions of supervised release by traveling to the District of Idaho without the permission from the undersigned officer. |

Prob12C
Re: Thurman, Wylie Lucas John
March 1, 2016
Page 2

3  **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**Supporting Evidence**: On February 29, 2016, Mr. Thurman violated his conditions of supervised release in Spokane, Washington, by failing to notify the undersigned officer within 72 hours of being arrested. On February 15, 2016, Mr Thurman was arrested by Coeur d'Alene Tribal Police and was release from the Kootenai County Jail on February 17, 2016. Mr. Thurman has not made contact to notify the undersigned officer of his recent arrest.

4  **Special Condition # 19**: You shall live at an approved residence, and shall not change your living situation without advance approval of the supervising officer.

**Supporting Evidence**: On February 29, 2016, Mr. Thurman violated his conditions of supervised release in Spokane, Washington, by changing his residence without advanced approval from the undersigned officer. On February 29, 2016, the undersigned officer contacted Mr. Thurman's roommate via telephone to inquire if he had any contact with Mr. Thurman. The roommate informed the undersigned officer he had not had any contact with Mr. Thurman in approximately 2 weeks. Mr. Thurman released from the Kootenai County Jail on or about February 17, 2016, and it appears he has not been staying at his approved residence.

The U.S. Probation Office respectfully recommends the Court issue **a warrant** for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/01/2016

s/Corey M. McCain

Corey M McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/2/2016
Date