PROB 12C
(6/16)

Report Date: August 11, 2016

# United States District Court

## for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Wylie Lucas John Thurman        Case Number: 0980 2:12CR00026-JLQ-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: July 13, 2012

| | | |
|---|---|---|
| Original Offense: | Abusive Sexual Contact, 18 U.S.C. §§ 2244(a)(5) and 1153(a) | |
| Original Sentence: | Prison - 46 months<br>TSR - 240 months | Type of Supervision: Supervised Release |
| Revocation Sentence<br>June 3, 2016 | Prison- 3 months<br>TSR- 237 months | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: June 29, 2016 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: March 28, 2036 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On August 11, 2016, the U.S. Probation Office was notified that an arrest warrant was issued for Wylie Thurman, based on the following information contained in the criminal complaint:<br><br>On August 10, 2016, Kalispel Tribal police learned that Wylie Thurman had been residing at 2891 North Le Clerc Road, Cusick, Washington, and within the exterior boundaries of the Kalispel Reservation for the last month. Mr. Thurman failed to register as a sex offender at said location, which is a violation of Kalispel Tribal law as well as Washington State law. |

Prob12C
Re: Thurman, Wylie Lucas John
August 11, 2016
Page 2

| | | |
|---|---|---|
| 2 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment. | |

**Supporting Evidence**: To date, Wylie Thurman has not reported a change of address to the U.S. Probation Office.

3 **Standard Condition # 11**: The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

**Supporting Evidence**: The offender is prohibiting the probation office from conducting home contacts by failing to report his current residence.

4 **Special Condition # 20**: You shall live at an approved residence, and shall not change your living situation without advance approval of the supervising officer.

**Supporting Evidence**: The offender has not reported the change of address as listed in the Kalispel Tribal criminal complaint. Of further concern is the fact the sergeant who notified the U.S. Probation Office on August 11, 2016, advised there was a 5-year-old child living at the same residence that Mr. Thurman had been residing at for the last month.

5 **Special Condition # 22**: You shall register as a sex offender, according to the laws of the state in which you reside, are employed, or are attending school. You shall provide verification of compliance with this requirement to the supervising officer.

**Supporting Evidence**: Wylie Thurman has failed to register his residence at 2891 North Le Clerc Road, in Cusick Washington.

6 **Special Condition # 23**: You shall have no contact with any child under the age of 18, without the presence of an adult and approved in advance by the supervising officer. You shall immediately report any unauthorized contact with minor-aged children to the supervising officer.

**Supporting Evidence**: A sergeant with the Kalispel Tribal Police Department reported to the U.S. Probation Office on August 11, 2016, that Wylie Thurman had been residing at a residence for the last month where a 5-year-old child was also residing.

7 **Special Condition #24**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On August 9, 2016, Wylie Thurman reported to Alcohol Drug Education Prevention Treatment (ADEPT) to provide a urine specimen for drug testing. When it was discovered he was attempting to use a deception device, he ran out of the facility.

Prob12C
Re: Thurman, Wylie Lucas John
August 11, 2016
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 11, 2016

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/15/2016
Date