PROB 12C
(6/16)

Report Date: September 19, 2016

## United States District Court

for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Wylie Lucas John Thurman    Case Number: 0980 2:12CR00026-JLQ-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: July 13, 2012

| | | |
|---|---|---|
| Original Offense: | Abusive Sexual Contact, 18 U.S.C. §§ 2244(a)(5) and 1153(a) | |
| Original Sentence: | Prison 46 months<br>TSR - 240 months | Type of Supervision: Supervised Release |
| Revocation Sentence<br>June 3, 2016 | Prison- 3 months<br>TSR- 237 months | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: June 29, 2016 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: March 28, 2036 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/15/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

8    **Special Condition #25:** You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** On September 15, 2016, the undersigned officer received a phone call from Mr. Thurman, who is currently incarcerated at the Spokane Tribal Jail. Mr. Thurman admitted to the undersigned officer that he used heroin on or about August 9, 2016.

Prob12C
Re: Thurman, Wylie Lucas John
September 19, 2016
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 19, 2016

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

### THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

9/20/2016
Date