PROB 12C
(6/16)

Report Date: November 13, 2017

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Wylie Lucas John Thurman | | Case Number: 0980 2:12CR00026-JLQ-1 |
| Address of Offender: Unknown | | |

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: July 13, 2012

| | | |
|---|---|---|
| Original Offense: | Abusive Sexual Contact, 18 U.S.C. §§ 2244(a)(5) and 1153(a) | |
| Original Sentence: | Prison - 46 months<br>TSR - 240 months | Type of Supervision: Term of Supervised Release |
| Revocation Sentence<br>June 3, 2016 | Prison - 3 months<br>TSR - 237 months | |
| Revocation Sentence<br>December 7, 2016 | Prison - 6 months<br>TSR - 231 months | |
| Asst. U.S. Attorney: | Allyson Edwards | Date Supervision Commenced: May 11, 2017 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: August 10, 2036 |

## PETITIONING THE COURT

Incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/04/2017 and 09/15/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition # 1**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence:** On November 7, 2017, Mr. Thurman violated his conditions of supervised release by being indicted on a new federal charge, Failure to Register, in violation of 18 U.S.C. § 2250(a), case number 2:17CR00196-SMJ-1.<br><br>On May 11, 2017, Mr. Thurman's conditions of supervised release were reviewed with him. He signed his judgment acknowledging an understanding of his conditions of supervised release, to include mandatory condition number 1, as noted above.<br><br>On November 7, 2017, Mr. Thurman was indicted on new federal charges for Failure to Register, in violation of 18 U.S.C. §2250(a). Mr. Thurman is currently in the Missoula County Detention Center awaiting extradition back to the Eastern District of Washington. |

| | |
|---|---|
| 8 | **Standard Condition # 3**: The defendant shall not leave the judicial district without the permission of the court or probation officer. |

**Supporting Evidence**: On November 7, 2017, Mr. Thurman violated his conditions of supervised release by traveling to the District of Montana without permission from the undersigned officer.

On May 11, 2017, Mr. Thurman's conditions of supervised release were reviewed with him. He signed his judgment acknowledging an understanding of his conditions of supervised release, to include standard condition number 3, as noted above.

On November 7, 2017, Mr. Thurman was arrested in Lake County, Montana, on the federal probation warrant that was issued by the Court on August 7, 2017. Mr. Thurman is currently in custody in the Missoula County Detention Center. At no time was Mr. Thurman afforded permission to travel to the District of Montana.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on August 4, and September 15, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/13/2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
Re: Thurman, Wylie Lucas John
November 13, 2017
Page 3

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

11/14/2017
Date